## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Patrick Flaherty, having been duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Homeland Security Investigations (HSI), and have been so employed since July 2007. I have successfully completed a training program in conducting criminal investigations at the Federal Law Enforcement Training Center in Brunswick, Georgia. In 2003, I graduated from the University of Massachusetts at Boston with a B.S. degree in Political Science and Philosophy and Public Policy. My current duties as an HSI Special Agent include conducting investigations involving the fraudulent acquisition, production, and misuse of U.S. immigration documents, U.S. passports, and identity documents. Due to my training, experience, and conversations with other Law Enforcement Officers I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

2. The information set forth in this affidavit is based on my investigation as well as information provided to me by the U.S. State Department, Massachusetts State Police, U.S. Health and Human Services, Office of the Inspector General, and the U.S. Social Security Administration, Office of the Inspector General. In submitting this affidavit, I did not include each and every fact known to me concerning this investigation, but only those facts that I believe are relevant to establish probable cause in support of a criminal complaint and the issuance of an arrest warrant charging Alexander Vladimir VILLALONA DIAZ with False Representation of a Social Security Number 42 U.S.C. § 408(a)(7)(B), which makes it a criminal offense for a person, for the purpose of obtaining anything of value from any person, or for any other purpose, with intent to deceive, to falsely represent a number to be the Social Security account number assigned by the Commissioner of Social Security to him or to another person, when in fact such

number is not the Social Security account number assigned by the Commissioner of Social Security to her or to such person.

## PROBABLE CAUSE

3.      On August 16, 2016, an individual submitted a renewal license application to the Massachusetts Registry of Motor Vehicles (MA RMV) using the name corresponding to the initials MSG.[1]  As detailed below, an investigation has revealed that the individual who submitted this application, and who misused the Social Security number of MSG, is Alexander Vladimir VILLALONA DIAZ.[2]

4.      I have reviewed records reflecting the entry into the United States for VILLALONA DIAZ, a citizen and national of the Dominican Republic.  Records indicate that VILLALONA DIAZ entered the country on a visa on March 16, 2006, and that his fingerprints were taken by U.S. Customs and Border Protection upon his entry into the United States.

5.      In connection with this investigation, records concerning VILLALONA DIAZ – including a photograph and fingerprint impressions – were obtained from the Dominican Republic.

6.      Information obtained from the Massachusetts State Police Database AFIS contains a state rap sheet for an individual purporting to be MSG with a photo and an FBI Number of 480014RC1.  Fingerprint impressions associated with FBI number 480014RC1 of an individual purporting to be MSG were obtained from the FBI.

---

[1] The identity of victim MSG is known to the government; to protect the victim's privacy, only the initials "MSG" are used in this affidavit.

[2] On the MA RMV application, the individual purporting to be MSG listed a date of birth which is one month off from, but with the same day and year as, the date of birth listed on the Puerto Rico DAVID and Puerto Rico Certification of Birth in the name of MSG.

7. The fingerprint impressions from VILLALONA DIAZ's entry into the United States, the fingerprint impressions obtained from the Dominican Republic for VILLALONA DIAZ, and the fingerprint impressions from FBI Number 480014RC1 associated with the arrests of the person using the name MSG were sent to the HSI Forensic Lab for analysis. The HSI Forensic Lab determined that these fingerprint impressions were associated with the same individual. Based on this information, and my training and experience, I believe that VILLALONA DIAZ has impersonated and unlawfully used the name and identifying information of MSG.

8. Records from the MA RMV show that, in or around October 26, 2007, the MA RMV issued driver's license number SXXXXX095 in the name MSG.

9. Records from the MA RMV also reflect that, on August 16, 2016, in Lawrence, MA, an applicant submitted an application for a driver's license renewal in the identity of MSG. The application reflected Social Security number of xxx-xx-1145. On the same day, a photo was taken of the applicant. As a result of the submission of this application to the MA RMV, the MA RMV issued a driver's license in the name of MSG (number SXXXXX095).

10. I have compared the aforementioned MA RMV photograph to the photograph of VILLALONA DIAZ obtained from the Dominican Republic. Based on this comparison, it appears that VILLALONA DIAZ is the person who submitted the application to, and was photographed by, the MA RMV on August 16, 2016.

11. The Social Security Administration, Office of Inspector General confirmed that SSN xxx-xx-1145 is assigned to MSG.

12. Between September 2012 and June 2018, MassHealth received at least three separate applications for MassHealth benefits in the MSG identity. The applications each listed the Social Security Number xxx-xx-1145, the same Social Security Number associated with the MA

RMV application in the name of MSG. One of the three MassHealth applications, which was submitted to MassHealth on or about October 31, 2015, contained copies of a Massachusetts driver's license bearing MSG's name, a Social Security card bearing the number xxx-xx-1145, and a Puerto Rico Certification of Birth associated with the MSG identity.

13.    Based upon the foregoing information, I believe that probable cause exists to conclude that Alexander VILLALONA DIAZ did misuse a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B).

Sworn to under the pains and penalties of perjury,

_____
Patrick Flaherty
Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN before me telephonically pursuant to
Fed. R. Crim. P. 41(d)(3) this 1st day of September, 2020.

_____
HONORABLE JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE